UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL WHITE, ET.AL.,                              No. 08-11532

      Plaintiffs,                              District Judge Stephen J. Murphy III

v.                                                  Magistrate Judge R. Steven Whalen

GC SERVICES LIMITED PARTNERSHIP,
ET.AL.,

      Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on January 8, 2009, Plaintiffs' Motion for Leave to Amend Complaint [Docket #20] is GRANTED IN PART AND DENIED IN PART.

The Motion is GRANTED insofar as Plaintiffs seek to add as Defendants individual employees of GC Services who had direct communications with any Plaintiff, and as to adding a count of impermissible access under the Fair Debt Collection Practices Act.

The Motion is DENIED insofar as Plaintiffs seek to reinstate state law claims over which Judge Gadola declined supplemental jurisdiction by previous order.

This Order is STAYED pending Judge Murphy's final resolution of any timely objections.

SO ORDERED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  January 8, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 8, 2009.

                                               S/Gina Wilson
                                               Judicial Assistant