UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL WHITE, ET.AL.,            No. 08-11532

    Plaintiffs,            District Judge Stephen J. Murphy III

v.            Magistrate Judge R. Steven Whalen

GC SERVICES LIMITED PARTNERSHIP,
ET.AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on January 8, 2009, Plaintiffs' Motion for Protective Order Covering Plaintiffs' Private Psychological and Medical Records [Docket #28] is GRANTED. Plaintiffs shall execute releases for medical and psychological treatment records for the time period going back five years from the date of the incidents alleged in the Complaint.

Within seven days of the date of this Order, counsel for the parties shall e-file a stipulation and proposed protective order governing the production and use of these records only, consistent with the terms agreed to in open court.

SO ORDERED.


           S/R. Steven Whalen
           R. STEVEN WHALEN
           UNITED STATES MAGISTRATE JUDGE

Dated:  January 8, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on January 8, 2009.

                                                  S/Gina Wilson
                                                  Case Manager