UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| **CRYSTAL WHITE, et al.,**<br><br>    Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP, et al.,**<br><br>    Defendants. | Case No.: 2:08-cv-11532<br>Hon. Stephen J. Murphy III<br><br>Magistrate R. Steven Whalen |

### STIPULATION AND ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiffs (Crystal White, Karl Cumming, and Erin B. Cummings) and counsel for Defendants (GC Services Limited Partnership, Erica Kimball, John Doe I, John Doe II, and Jane Doe I; collectively "Defendants") that this action against Defendants be dismissed with prejudice regarding all claims against Defendants, without costs, sanctions, or fees to the parties or their attorneys, and that an Order consistent with this stipulation be entered.  This stipulation evinces the intent of the parties to have the Court enter a final Order closing this matter, including all related claims.  However, the parties agree that the Court shall retain jurisdiction to enforce the Settlement Agreement and General Release entered between the parties and signed by Plaintiffs on April 21, 2009.

Any motion to enforce the Agreement described in the preceding paragraph shall be filed under seal.  The moving party shall file within 14 days of the motion to enforce

-2-

the Agreement, a motion to have the record regarding that Agreement sealed. Such a motion will remain under seal until the Court rules on the motion to have the record remained sealed.

**APPROVAL:**

| | |
|---|---|
| LYNGKLIP & ASSOCIATES<br>CONSUMER LAW CENTER, P.L.C. | MILLER, CANFIELD, PADDOCK<br>AND STONE, P.L.C. |
| By: s/ with consent of Julie A. Petrik<br>Julie A. Petrik (P47131)<br>**Attorneys for Plaintiffs**<br>24500 Northwestern Highway<br>Suite 206<br>Southfield, MI 48075<br>(248) 208-8864 | By: s/ Scott R. Eldridge<br>Scott R. Eldridge (P66452)<br>**Attorneys for Defendants**<br>One Michigan Avenue, Suite 900<br>Lansing, MI 48933-1609<br>(517) 487-2070 |
| Dated: May 5, 2009 | Dated: May 5, 2009 |

### ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

   IT IS SO ORDERED.

                              s/Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: May 5, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 5, 2009, by electronic and/or ordinary mail.

                              s/Alissa Greer
                              Case Manager